Jeremiah C. FLYNN, Complainant-Appellant, v. Richard H. TEMPLETON, as Attorney of the United States for the Western District of New York, Joseph J. Dritsch, Jr., as U. S. Marshal, for the Western District of New York, and May C. Sickmon, as Clerk of the District Court of the United States for the Western District of New York, Defendants-Appellees.

No. 30.

Circuit Court of Appeals, Second Circuit.

Nov. 6, 1933.

Hugh J. O'Brien, of Rochester, N. Y., for appellant.

994

Richard H. Templeton, U. S. Atty., of Buffalo, N. Y. (Joseph J. Doran, Asst. U. S. Atty., of Rochester, N. Y., of counsel), for appellees.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree (1 F. Supp. 238) affirmed on the authority of Serra v. Mortiga, 204 U. S. 470, 27 S. Ct. 343, 51 L. Ed. 571, and United States v. Ball, 163 U. S. 662, 16 S. Ct. 1192, 41 L. Ed. 300.